Before the Third Division, September 12, 1951

No. 55873.—Paolo Alonge, Inc., et al. v. United States, protests 160325–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.